IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

JOHN LOCKETT                               §

VS.                                        §     CIVIL ACTION NO. 1:05cv11

UNITED STATES OF AMERICA                   §

## FINAL JUDGMENT

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DISMISSED.**

All motions by either party not previously ruled on are hereby **DENIED.**

**SIGNED** this the **24** day of **May, 2005.**

_____
Thad Heartfield
United States District Judge

1