```
                IN THE UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF TEXAS

                         BEAUMONT DIVISION

JOHN LOCKETT                     §

VS.                              §    CIVIL ACTION NO. 1:05cv11

UNITED STATES OF AMERICA         §
```

### AMENDED MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner John Lockett, an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends the above-styled petition be dismissed.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

---

[1] On January 20, 2006, Petitioner's motion for relief from judgment was granted and the above-styled petition was reinstated on the court's active docket to provide petitioner an opportunity to file objections to the Report of the Magistrate Judge. However, no objections were filed by petitioner.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the **14** day of **June, 2006.**

_____
Thad Heartfield
United States District Judge